UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREG LACROSSE, et al., | CASE NO. C16-0904JLR |
| Plaintiffs, | ORDER |
| v. | |
| PINNACLE WORKFORCE LOGISTICS, LLC, et al., | |
| Defendants. | |

Pursuant to the court's scheduling order (Sched. Order (Dkt. # 13) at 2), counsel for Plaintiffs contacted the court to request a conference regarding a discovery dispute. The court ORDERS the parties to brief the discovery dispute in the following manner:

- Plaintiffs must file their motion to compel no later than Wednesday, February 15, 2017. The motion may not exceed six (6) pages.

- Defendants must file their response(s), jointly or separately, no later than Tuesday, February 21, 2017. The response may not exceed six (6) pages. To the extent

ORDER - 1

1  Plaintiffs' motion does not implicate all Defendants, those Defendants that

2  Plaintiffs' motion does not implicate may, but are not required to, file a response.

3  • The court sets a telephonic hearing on the motion to compel for 2:00 p.m. on

4  Thursday, February 23, 2017.

5  Dated this 13th day of February, 2017.

*JAMES L. ROBART*
United States District Judge

ORDER - 2