UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREG LACROSSE, et al.,<br><br>               Plaintiffs,<br>     v.<br><br>PINNACLE WORKFORCE LOGISTICS, LLC, et al.,<br><br>               Defendants. | CASE NO. C16-0904JLR<br><br>ORDER OF REMAND |

This matter comes before the court *sua sponte*. On June 14, 2016, Defendants removed this action from Skagit County Superior Court to this court. (Not. of Rem. (Dkt. # 1).) On February 24, 2017, in light of factual developments that arose at a February 23, 2017, discovery hearing, the court ordered Defendants to show cause why the court should not remand this case for lack of subject matter jurisdiction. (OSC (Dkt. # 23).) The court indicated that if Defendants failed to timely show cause, the court would

ORDER - 1

remand the case to Skagit County Superior Court for lack of subject matter jurisdiction. (*Id.* at 5.)

Defendants' deadline to respond has passed, and they have failed to respond to the court's order to show cause. (*See* Dkt.) The court concludes that Defendants have failed to overcome the strong presumption against removal jurisdiction. *See Gaus v. Miles, Inc.*, 980 F.2d 564, 566 (9th Cir. 1992). Accordingly, the court ORDERS that:

1. Pursuant to 28 U.S.C. § 1447(c), all further proceedings in this case are REMANDED to the Skagit County Superior Court;
2. The Clerk shall send copies of this order to all counsel of record for all parties;
3. Pursuant to 28 U.S.C. § 1447(c), the Clerk shall mail a certified copy of the order of remand to the Clerk for Skagit County Superior Court;
4. The Clerk shall also transmit the record herein to the Clerk of the Court for Skagit County Superior Court;
5. The parties shall file nothing further in this matter, and instead are instructed to seek any further relief to which they believe they are entitled from the courts of the State of Washington, as may be appropriate in due course; and
6. The Clerk shall CLOSE this case.

Dated this 7th day of March, 2017.

JAMES L. ROBART
United States District Judge